United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| EMMANUEL STEPHENS ET AL., | ) | Case No. 5:15-cv-03454-PSG |
| | ) | |
| Plaintiffs, | ) | **CASE SCHEDULING ORDER** |
| | ) | |
| v. | ) | **(Re:  Docket No. 16)** |
| | ) | |
| CITY OF SAN JOSE ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based on the parties' joint case management statement,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Initial disclosures ............................................................................... October 20, 2015

Completion of ADR ................................................................................ February 1, 2016

Completion of fact discovery ....................................................................... May 1, 2016

Designation of experts ................................................................................ June 1, 2016

---

[1] *See* Docket No. 16.

1

Case No. 5:15-cv-03454-PSG
CASE SCHEDULING ORDER

Deadline for hearing dispositive motions .................................................................. July 19, 2016

Pre-trial conference ........................................................................................ September 6, 2016

Jury trial ......................................................................................................... September 19, 2016

**SO ORDERED.**

Dated:  October 19, 2015

PAUL S. GREWAL
United States Magistrate Judge

Case No. 5:15-cv-03454-PSG
CASE SCHEDULING ORDER

United States District Court
For the Northern District of California